**United States District Court**
**Southern District of California**
940 Front Street, Suite 4194
San Diego, California 92101-8901

Chambers of
Irma E. Gonzalez
Chief Judge

FILED

08 AUG 15 PM 2:10

Telephone: (619) 557-7107
CLERK, US DISTRICT (619) 702-9928
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

August 15, 2008

KAREN P HEWITT  UNITED STATES ATTORNEY
DOUGLAS KEEHN ASSISTANT UNITED STATES ATTORNEY
THE FEDERAL OFFICE BUILDING
880 FRONT ST RM 6293
SAN DIEGO CA 92101-8893

CAROLYN L OLIVER
LAW OFFICES OF CAROLYN L OLIVER
7825 FAY AVE STE 200
LA JOLLA CA 92037-4270

      Re:    United States District Court Case #08CR0423-IEG
                United States v. Silverio Mederos-Valdez

Dear Counsel:

      Please find enclosed, for your information, a copy of a letter I received from the Corrections Corporation of America, Cibola County Correctional Center.

                                  Very truly yours,

                                  IRMA E. GONZALEZ
                                  Chief Judge

IEG:brc

Encl.



Cibola County Correctional Center

July 29, 2008

Honorable Judge Gonzalez
U.S. District Court
District of Southern California
940 Front St.
San Diego, CA 92101-8900

RE:   Mederos-Valdez, Silverio
      Docket: 08CR0423 IEG

Dear Judge Gonzalez:

On March 27, 2008, the above referenced inmate appeared in your court and was committed to the custody of the Federal Bureau of Prisons for a period of forty-eight months for illegal reentry. The court recommended that he be placed in an institution in Southern California. He was designated to this facility, Cibola County Correctional Center, in Milan, New Mexico, on July 2, 2008, for the purpose of fulfilling the above sentence, after which he will be deported to Mexico.

Cibola County Correctional Center is under contract with the Federal Bureau of Prisons to provide for the custody needs of inmates who have 90 months or less remaining on their sentence, and who are awaiting deportation to their countries of origin. Should you have any additional questions regarding this issue of mutual concern, please let me know.

Respectfully,

Roddie Rushing
Warden